FILED
HARRISBURG, PA
SEP 25 2025
PER ______ DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IRENE MULKERIN,** Plaintiff,

v. **ANDREW V. PAPOUTSIS, et al.,** Defendants.

Case No. **1:25-cv-01776-KMN**

**PLAINTIFF'S NOTICE OF CLARIFICATION RE IMMINENT CONTRACTUAL DEADLINE**

Plaintiff respectfully clarifies that references in her filings to the private "120-day" clause reflect Defendants' disputed position regarding accrual. Out of caution, Plaintiff understands Defendants will argue the period expires **September 25, 2025**, whereas other filings reference **"on or about September 28, 2025."** Immediate administrative relief is requested to preserve the status quo and allow the Court to decide the Emergency TRO on the merits.

Dated: September 25, 2025
/s/ Irene Mulkerin
Irene Mulkerin