FILED
HARRISBURG, PA
SEP 25 2025
PER
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IRENE MULKERIN,** Plaintiff,

v. **ANDREW V. PAPOUTSIS, et al.,** Defendants.

Case No. **1:25-cv-01776-KMN**

**PLAINTIFF'S NOTICE OF SERVICE EFFORTS REGARDING EMERGENCY TRO**

Plaintiff respectfully notifies the Court of her service efforts related to the Emergency TRO filed **September 24, 2025**:

1. **Email Service (Sept. 24, 2025):** Plaintiff emailed the **Verified Complaint**, **TRO Motion**, **TRO Memorandum**, **Proposed TRO Order**, and exhibits to each defendant/counsel listed below. Plaintiff received **delivery confirmations** and **read receipts** for all recipients **except** Attorney **Macgregor Brillhart**, for whom voicemail notice was provided at approximately **9:00 am** on **Sept. 25, 2025**. Representative delivery/read confirmations are attached as **Exhibit A.**
2. **USPS Priority Mail (mailed Sept. 24, 2025):** Plaintiff mailed physical service packets to the same recipients via **USPS Priority Mail. Tracking confirms expected delivery on Sept. 27, 2025.** Copies of the USPS tracking pages are attached as **Exhibit B.**
3. **Recipients / Addresses (email and postal)** (see also service list previously filed) :
   - **Andrew Papoutsis** – 11835 Kendallwood Circle, Waynesboro, PA 17268; **apapoutsis@apx-enclosures.com**

- **Brad Leber (MPL Law)** – 17 E Market St, York, PA 17401; **bleber@mpl-law.com**
- **Don Kornfield (Kornfield & Benchoff)** – 100 Walnut Street, Waynesboro, PA 17268; **dlkornfield@gmail.com**
- **Alex Snyder (Barley Snyder) –** 100 E Market St, York, PA 17401; **asnyder@barley.com**
- **Macgregor Brillhart (Saxton & Stump)** – 221 W Philadelphia St, Suite 600, York, PA 17401; **mbrillhart@saxtonstump.com**
- **Wilmington Trust Company** c/o **Steven Brauerman** (Bayard Law) – 600 N. King St., Suite 400, P.O. Box 25130, Wilmington, DE 19899; **SBrauerman@bayardlaw.com**

**Declaration (28 U.S.C. § 1746)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2025.
/s/ Irene Mulkerin
Irene Mulkerin